**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERTO DAVID LIRA-DOMINGUEZ,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Center, *et al*.,<br>Respondents. | Case No. 5:26-cv-05258-RAO<br><br>ORDER GRANTING UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS |

On September 9, 2026, Petitioner Gilberto David Lira-Dominguez (A#246-112-933), a noncitizen in immigration custody at the Desert View Annex in Adelanto, California and proceeding *pro se*, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. 2241. Dkt. No. 1 ("Pet."). Petitioner seeks his immediate release on the grounds that Immigration and Customs Enforcement violated his due process and statutory rights by unlawfully detaining him without first providing constitutionally or statutorily adequate procedures.

On September 11, 2026, the Court issued a Notice of General Order 26-05 and Briefing Schedule that requires Respondents to file an Answer to the Petition by no later than seven days from the date of the Notice. Dkt. No. 5. To date, Respondents

have not filed an answer or otherwise communicated with the Court. In light of the absence of an Answer, the Court deems the Petition unopposed.

For the reasons set forth below, the Petition is GRANTED, and Respondents are ORDERED to release Petitioner immediately under the same conditions he was subject to before his current detention.

Petitioner is a citizen of Nicaragua who entered the United States on or about October 2022. Pet. at 6, 14. He was released on parole the same month and lived out of custody for the next four years. *Id*. at 6. At his check in on July 23, 2026, ICE re-detained him without any prior notice and without providing any reason for his re-arrest. *Id*. Petitioner has no criminal history and attended all of his ICE check-ins. *Id*.

Petitioner has a protected due process interest in being released, as he has lived in this country for almost four years seemingly building a life and establishing community ties. *See Zadvydas v. Davis*, 533 U.S. 678, 679 (2001) ("[T]he Due Process Clause applies to all persons within the United States, including [noncitizens], whether their presence is lawful, unlawful, temporary, or permanent."); *see also Pinchi v. Noem*, 792 F. Supp. 3d 1025, 1033 (N.D. Cal. 2025) (petitioner has substantial private interest in remaining in her home, continuing her employment and maintaining her community ties). Because Respondents elected not to respond to the Petition, the record is devoid of any evidence or argument of a significant government interest in detaining Petitioner. Thus, it is uncontroverted that Petitioner has a significant due process interest in being released, he has complied with the terms of his parole, has no criminal history, and poses no apparent risk of flight or danger to the community. Considering these circumstances and Respondents' non-opposition, the Court concludes Petitioner's immediate release is warranted.

///

Accordingly, the Court GRANTS the Petition and ORDERS Respondents to release Petitioner Gilberto David Lira-Dominguez (A#246-112-933) from immigration custody immediately. It is further ORDERED that Petitioner shall be returned to the same release conditions in place prior to his current detention. Respondents shall file a "Notice of Release" within three days of the entry of this Order. Additionally, Respondents are ENJOINED from re-detaining Petitioner absent strict compliance with the requirements of due process and all applicable statutes and regulations.

DATED: September 21, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE