UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO DAVID LIRA-DOMINGUEZ,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Center, et al.,<br>Respondents. | Case No. CV 5:26-05258-RAO<br><br>JUDGMENT |

Pursuant to the Order Granting Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and this action is closed.

DATED: September 21, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE